RENEE CHOY OHLENDORF (SBN 263939)
rchoy@hinshawlaw.com
HINSHAW & CULBERTSON LLP
One California Street, 18th Floor
San Francisco, CA 94111
Telephone: 415-362-6000
Facsimile: 415-834-9070

Attorneys for Defendant
TD Bank USA, N.A.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MARTHA CISNEROS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>Equifax Information Services, LLC; TD Bank USA, N.A.,<br><br>　　　　Defendants. | Case No. 2:19-cv-01281-MCE-DB<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT T.D. BANK USA, N.A., TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>Complaint Filed: 7/10/19<br>Trial Date: TBD |

**TO THIS HONORABLE COURT, ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD HEREIN:**

Pursuant to Local Rule 144 and F.R.C.P. 6(b), Plaintiff Martha Cisneros ("Plaintiff") and Defendant TD Bank USA, N.A. ("TD Bank"), hereby agree and stipulate as follows:

**WHEREAS**, Plaintiff filed the Complaint in the above-captioned lawsuit on July 10, 2019;

**WHEREAS**, TD Bank was served with the Summons and Complaint on or about July 16, 2019, and TD Bank's responsive pleading or motion to the Complaint is currently due on August 6, 2019;

**WHEREAS**, the parties have agreed that TD Bank will answer or otherwise respond to the Complaint, on or before September 5, 2019. This extension of time will not affect any pending court

1

dates or deadlines, nor will it prejudice any party herein;

**IT IS STIPULATED** that TD BANK USA, N.A., will answer or otherwise respond to the Complaint on or before September 5, 2019.

DATED: August 12, 2019                           HINSHAW & CULBERTSON LLP

                                                 By: /s/ Renee Choy Ohlendorf
                                                     RENEE CHOY OHLENDORF
                                                     Attorneys for Defendant
                                                     TD BANK USA, N.A.

DATED: August 12, 2019                           GALE, ANGELO, JOHNSON & PRUETT, P.C.

                                                 By: /s/ Joseph Angelo
                                                     JOSEPH ANGELO
                                                     Attorneys for Plaintiff
                                                     MARTHA CISNEROS

### FILER ATTESTATION

I, Renee Choy Ohlendorf, hereby attest that concurrence in the filing of this document has been obtained from each of the other signatories. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct.

*s/Renee Choy Ohlendorf*

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

**Dated: August 20, 2019**

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE